1 : 09-cv-9958
Trial Judge: Leonard B. Sand

# MANDATE

## UNITED STATES COURT OF APPEALS
### FOR THE
### SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of March, two thousand eleven.

Before:     DENNIS JACOBS,*
            *Chief Judge*,
            ROSEMARY S. POOLER,
            GERARD E. LYNCH,
            *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 02, 2011

Republic of Ecuador,

    *Petitioner - Appellant,*

**JUDGMENT**
Docket Nos. 10-1020 (L)
10-1026 (Con)

Daniel Carlos Lusitand Yaiguaje, Venancio Freddy Chimbo Chefa, Miguel Mario Payaguaje Payaguaje, Teodoro GonzaloPiaguaje Payaguaje, Simon Lusitande Yaiguaje, Armando Wilmer Piaguaje Payaguaje, Javier Piaguaje Payaguaje, Fermin Piaguaje, Luis Agustin Payagua Piaguaje, Emilio Martin Lusitand Yaiguaje, Reinaldo Lusitan de Yaiguaje, Maria Victoria Aguind Salazar, Carlos Grega Huatatoca, Catalina Antonia Aguinda Salazar, Lidia Alexandria Agui Aguinda, Clide Ramiro Aguinda Aguinda, Luis Armando Chimbo Yumbo, Beatriz Mercedes Grefa Tanguila, Lucio Enrique Grefa Tanguila, Patricio Wilson Aguinda Aguinda, Patricio Alberto Chimbo Yumbo, Segundo Angel Amanta Milan, Francisco Matias Alvarado Yumbo, Olga Gloria Grefa Cerda, Narcisa Tanguila Narvaez, Bertha Yumbo Tanguila, Lucrecia Tanguila Grefa, Francisco Victor Tanguila Grefa, Rosa Teresa Chimbo Tanguila, Maria Clelia Reascos Revelo, Heleodoro Pataron Guaraca, Celia Irene Viveros Cusangua, Lorenzo Jose Alvarado Yumbo, Francisco Alvarado Yumbo, Jose Gabriel Revelo Llore, Luiza Delia Tanguila Narvaez, Jose Miguel Ipiales Chicaiza, Hugo Gerardo Camacho Naranjo, Maria Magdalena Rodriguez, Elias Piyahuaje Piyahuaje, Lourdes Beatris Chimbo Tanguila, Octavio Cordova Huanca, Celia Irene Viveros Cusangua, Guillermo Payaguaje Lucitande, Alfredo Payaguaje, Delfin Payaguaje,

    *Plaintiffs - Appellants,*

MANDATE ISSUED ON 05/02/2011

Case 1:09-cv-09958-LBS Document 78-2 Filed 05/02/11 Page 2 of 2

Docket Nos. 10-1020-cv (L), 10-1026 (Con)                    March 17, 2011

Page 2

                    v.

Chevron Corporation, Texaco Petroleum Company,

        *Defendants - Appellees.*

_____

    The appeal in the above-captioned case from the United States District Court for the Southern District of New York was argued on the District Court's record and the parties' brief. Upon consideration thereof,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of the District Court is AFFIRMED in accordance with the opinion of this court.

                    FOR THE COURT:
                    CATHERINE O'HAGAN WOLFE, Clerk



_____

    *        Chief Judge Dennis Jacobs was designated as the third member of the panel pursuant to Reena Raggi, who recused herself earlier in

A True Copy

Catherine O'Hagan Wolfe, Clerk

United States Court of Appeals, Second Circuit